Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 – ph. (312) 243-5902 – fax
Email: drury@loevy.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Hurvitz<br><br>                                       Plaintiff(s)<br>v.<br>Zoom Video Communications, Inc., et al.<br><br>                                       Defendant(s). | CASE NUMBER<br><br>2:20-cv-03400 PA (JPRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Drury, Scott R.
*Applicant's Name (Last Name, First Name & Middle Initial*
(312) 243-5900      (312) 243-5902
*Telephone Number*      *Fax Number*
drury@loevy.com
*E-Mail Address*

of

LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Todd Hurvitz

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Miller, Marci L.
*Designee's Name (Last Name, First Name & Middle Initial*
162790     (949) 706-9734     (949) 266-8069
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
marci@milleradvocacy.com
*E-Mail Address*

of

Miller Advocacy Group PC
1303 Avocado Ave., Suite 230
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated:** April 17, 2020

*(signature)*

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1