David B. Owens (Bar No. 275030)
david@loevy.com
Mike Kanovitz (*pro hac vice*)
mike@loevy.com
Scott R. Drury (*pro hac vice*)
drury@loevy.com
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

Marci L. Miller (Bar No. 162790)
marci@milleradvocacy.com
Christina N. Hoffman (Bar No. 161932)
choffman@milleradvocacy.com
MILLER ADVOCACY GROUP PC
1303 Avocado Ave., Suite 230
Newport Beach, California 92660
(949) 706-9734 (phone)
(949) 266-8069 (fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HURVITZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.; FACEBOOK; and LINKEDIN CORPORATION,<br><br>Defendants. | Case No. 2:20-cv-3400 (PA)(JPRx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ZOOM VIDEO COMMUNICATIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Todd Hurvitz, by and through his attorneys, voluntarily dismisses without prejudice his claims against Defendant Zoom Video Communications, Inc. Nothing in this notice of voluntary dismissal is intended to alter or affect any of Plaintiff's remaining claims against any of the other Defendants.

Respectfully submitted,

/s/ Scott R. Drury
*One of Plaintiff's Attorneys*

David B. Owens (david@loevy.com)
Mike Kanovitz (mike@loevy.com) (*pro hac vice*)
Scott R. Drury (drury@loevy.com) (*pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

Marci L. Miller (marci@milleradvocacy.com)
Christina N. Hoffman (choffman@milleradvocacy.com)
MILLER ADVOACY GROUP PC
1303 Avocado Ave., Suite 230
Newport Beach, California 92660
(949) 706-9734 (phone)
(949) 266-8069 (fax)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Scott R. Drury, an attorney, certifies that on May 12, 2020, he served a true and correct copy of the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott R. Drury
SCOTT R. DRURY